UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-12304 MLW |
| ) | |
| TRANSAMERICA OCCIDENTAL LIFE ) | THIRD-PARTY |
| INSURANCE COMPANY and BISYS ) | COMPLAINT |
| INSURANCE SERVICES, INC., ) | |
| ) | (Fed. R. Civ. P. 14) |
| Defendants ) | |
| BISYS INSURANCE SERVICES, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY A. STEDMAN ) | |
| ) | |
| Third-Party Defendant. ) | |

### DEFENDANT BISYS INSURANCE SERVICES, INC.'S THIRD-PARTY COMPLAINT AGAINST STANLEY A. STEDMAN

Pursuant to Rule 14 of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff BISYS Insurance Services, Inc. ("BISYS") hereby files this third-party complaint against Stanley A. Stedman ("Stedman"), an individual. This third-party complaint arises out of a lawsuit filed against BISYS and co-defendant Transamerica Occidental Life Insurance Co. ("Transamerica") by plaintiff EJD Insurance Agency, Inc. ("EJD") alleging injury due to breach of contract, misrepresentation, fraud and deceit, quantum meruit, intentional interference with business relations, and unfair and deceptive

trade practices. BISYS brings this third-party complaint against Stedman for indemnification.

## PARTIES

1. Defendant/Third-Party Plaintiff BISYS is a corporation organized under the laws of Pennsylvania, registered as a foreign corporation under the laws of the Commonwealth of Massachusetts, maintaining a principal place of business at 4250 Crums Mill Road, Harrisburg, Pennsylvania.

2. Plaintiff EJD is a corporation organized under the laws of the Commonwealth of Massachusetts, maintaining a principal place of business at 10 Forbes Road, Braintree, Massachusetts.

3. Defendant Transamerica is a corporation organized under the laws of the State of Iowa, maintaining a principal place of business at 4333 Edgewood Road NE, Cedar Rapids, Iowa.

4. Third-Party Defendant Stedman is, upon information and belief, an individual residing in the Commonwealth of Massachusetts.

## Count I – Indemnification

5. BISYS hereby incorporates by reference the allegations in Paragraphs 1 through 4.

6. On or about November 20, 2003, Plaintiff EJD began this action by filing a complaint seeking damages. A copy of Plaintiff's complaint is attached to this third-party complaint as Exhibit A.

7. On or about February 6, 2004, Defendant Transamerica filed an answer to Plaintiff's complaint. A copy of Transamerica's answer is attached to this third-party complaint as Exhibit B.

8. On or about April 29, 2004, Defendant BISYS filed an answer to Plaintiff's complaint. A copy of BISYS' answer is attached to this third-party complaint as Exhibit C.

9. As alleged in paragraph 12 of Plaintiff's complaint, on February 6, 2003, Stedman signed an attestation affirming Brian McNeil ("McNeil"), an agent of EJD, as Stedman's permanent agent of record relative to the Transamerica policy.

10. As alleged in paragraph 17 of Plaintiff's complaint, despite designating McNeil as his permanent agent of record relative to the Transamerica policy, Stedman purchased the Transamerica policy from a competing agent.

11. Stedman's purchase of the Transamerica policy from a competing agent constitutes a breach of Stedman's contractual obligations to McNeil and EJD.

12. If EJD sustained the damages in the manner and under the circumstances alleged, and if it is found that BISYS is liable to EJD in whole or in part, then such damages will have been occasioned, in whole or in part, by Stedman's breach of contract or other tortious conduct, for which BISYS is not responsible.

WHEREFORE, Defendant/Third-Party Plaintiff BISYS Insurances Services, Inc., demands judgment against Third-Party Defendant Stanley A. Stedman for indemnification of all or part of any sums that may be judged against BISYS in favor of Plaintiff EJD Insurance Agency, Inc.

Respectfully submitted,

BISYS INSURANCE SERVICES, INC.,

By its attorneys,

_/s/ Neil T. Smith_
Neil T. Smith (BBO # 651157)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000
Fax. (617) 523-1231

*Of Counsel*
Stephen C. Baker
Justin R. Lewis
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

Dated: May 10, 2004

### CERTIFICATE OF SERVICE

I, Neil T. Smith, hereby certify that today, pursuant to local rule 5.2, I caused a true and correct copy of the foregoing Third-Party Complaint to be served, via overnight delivery, postage prepaid, upon all counsel of record as follows:

David W. Krumsiek
PERRY, KRUMSIEK & WAYLAND LLP
Suite 200 114 State Street
Boston, MA 02109
Attorney for Plaintiff, EJD Insurance Agency, Inc.

Kevin M. Dalton
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA 01915
Attorney for Defendant, Transamerica Occidental Life Insurance Company

Dated: 5/10/04

_/s/ Neil T. Smith_
Neil T. Smith

4