# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 03-12304-MLW<br>) |
| TRANSAMERICA OCCIDENTAL LIFE<br>INSURANCE COMPANY and BISYS<br>INSURANCE SERVICES, INC. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| BISYS INSURANCE SERVICES, INC., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| STANLEY A. STEDMAN<br>Third-Party Defendant | )<br>)<br>) |

### THIRD-PARTY DEFENDANT STANLEY A. STEDMAN'S
### MOTION TO DISMISS THE THIRD –PARTY COMPLAINT

Pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure, Third-Party Defendant Stanley A. Stedman ("Stedman") moves to dismiss the Third-Party Complaint of Defendant/Third-Party Plaintiff BISYS Insurance Services, Inc. ("BISYS"). BISYS' Third-Party Complaint contains a single claim for indemnification which relies solely on the faulty premise that it somehow benefits from the alleged breach of a contract between

1

Stedman and the plaintiff EJD Insurance Agency, Inc. ("EJD"). However, as BISYS is neither a party to the contract nor an intended beneficiary of the contract, it simply cannot prevail on its indemnification claim as a matter of law, and therefore, its Third-Party Complaint should be dismissed.

WHEREFORE, the Third-Party Defendant Stanley Stedman respectfully requests that the Court allow his Motion to Dismiss, enter a separate and final judgment in his favor, and award him his costs and attorney's fees.

    Respectfully submitted
    Stanley A. Stedman
    By his attorney,

    _____
    J. Mark Dickison (BBO # 629170)
    LAWSON & WEITZEN, LLP
    88 Black Falcon Ave, Suite 345
    Boston, MA 02210
    (617) 439-4990

## RULE 7.1 CERTIFICATION

I, J. Mark Dickison, certify that I have conferred with counsel for the Defendant/Third-Party Plaintiff BISYS Insurance Services, Inc. (Attorneys Neil Thomas Smith of Goodwin Procter, LLP and Justin Lewis of Drinker Biddle & Reath, LLP) on June 2, 2004 and discussed the issues of this motion in a good faith attempt to resolve them, but we were unable to resolve them.

    _____
    J. Mark Dickison

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail – hand – telecopier, on _____

+ email