# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSAMERICA OCCIDENTAL LIFE ) <br> INSURANCE COMPANY and BISYS ) <br> INSURANCE SERVICES, INC. ) <br> ) <br> Defendants. ) <br> _____) <br> BISYS INSURANCE SERVICES, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY A. STEDMAN ) <br> Third-Party Defendant ) <br> _____) | CIVIL ACTION NO.: 03-12304-MLW |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of J. Mark Dickison and the firm of Lawson & Weitzen, LLP on behalf of the Third- Party Defendant Stanley A. Stedman in the above-captioned matter.

Third-Party Defendant,
Stanley A. Stedman
By his attorney,

_____
J. Mark Dickison (BBO#629170)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail – hand – telecopier, on 6/4/04