# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSAMERICA OCCIDENTAL LIFE ) <br> INSURANCE COMPANY and BISYS ) <br> INSURANCE SERVICES, INC. ) <br> ) <br> Defendants. ) <br> _____) <br> BISYS INSURANCE SERVICES, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY A. STEDMAN ) <br> Third-Party Defendant ) <br> _____) | CIVIL ACTION NO.: 03-12304-MLW |

## THIRD-PARTY DEFENDANT STANLEY A. STEDMAN'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF HIS MOTION TO DISMISS THE THIRD –PARTY COMPLAINT

Pursuant to Local Rule 7.1 (B) (3) of the United States District Court for the District of Massachusetts, Third-Party Defendant Stanley A. Stedman ("Stedman") hereby moves for leave to file the attached Reply Memorandum to the Defendant BISYS Insurance Services, Inc.'s Response to Third-Party Defendant Stanley A. Stedman's Motion to Dismiss for the following reasons:

1. A further discussion of BISYS' common law claim for indemnification will assist the Court in its deliberations, narrow the issues, and focus the Court on the portions of the parties' submissions relevant to Stedman's Motion to Dismiss; and,

2. To clarify the citations by BISYS in its response.

Respectfully submitted
Stanley A. Stedman
By his attorney,

J. Mark Dickison (BBO # 629170)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
(617) 439-4990

## RULE 7.1 CERTIFICATION

I, J. Mark Dickison, certify that I have conferred with counsel for the Defendant/Third-Party Plaintiff BISYS Insurance Services, Inc. (Attorneys Francis G. Kelleher of Goodwin Procter, LLP) on June 23, 2004 and discussed the issues of this motion in a good faith attempt to resolve them, but we were unable to resolve them.

J. Mark Dickison

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by (mail) – hand – email & ECF telecopier, on 6/24/04