# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSAMERICA OCCIDENTAL LIFE )<br>INSURANCE COMPANY and BISYS )<br>INSURANCE SERVICES, INC. )<br>)<br>Defendants. )<br>_____)<br>BISYS INSURANCE SERVICES, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY A. STEDMAN )<br>Third-Party Defendant )<br>_____) | CIVIL ACTION NO.: 03-12304-MLW |

### THIRD-PARTY DEFENDANT STANLEY A. STEDMAN'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that the Third-Party Defendant Stanley A. Stedman ("Stedman") has conferred with his counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

10/25/2004  06:56   7819356273              ALEXANDER MACHINE                PAGE  05
OCT-22-2004  17:53        LAWSON AND WEITZEN LLP              617 439 3987    P.05

_____
Third-Party Defendant Stanley A. Stedman

_____
Counsel for Stanley A. Stedman
J. Mark Dickison   (BBO No. 629170)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts  02210
(617) 439-4990

Dated:

ECF

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail – hand – telecopier, on ___10/29/04___

2

TOTAL P.05