UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSAMERICA OCCIDENTAL LIFE )<br>INSURANCE COMPANY and BISYS )<br>INSURANCE SERVICES, INC., )<br>)<br>Defendants )<br>BISYS INSURANCE SERVICES, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY A. STEDMAN )<br>)<br>Third-Party Defendant. )<br>) | CIVIL ACTION NO. 03-12304MLW |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN C. BAKER AND JUSTIN R. LEWIS

Pursuant to Local Rule 83.5.3(b), defendant BISYS Insurance Services, Inc. ("BISYS"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel Stephen C. Baker and Justin R. Lewis.  As grounds therefore, BISYS states:

1.  Stephen C. Baker is a partner with of the law firm of Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania 19103.

2.  Mr. Baker is a member in good standing of the Bar in the Commonwealth of Pennsylvania.  Mr. Baker is also admitted to the United States District Courts for both the Eastern District and Middle District of Pennsylvania and the 3rd Circuit Court of Appeals.

3. Justin R. Lewis is an associate with the law firm of Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania 19103.

4. Mr. Lewis is a member in good standing of the Bar in the Commonwealth of Pennsylvania. Mr. Lewis is also admitted to the United States District Courts for both the Eastern District and Western District of Pennsylvania.

5. In further support of its motion, BISYS submits herewith the Certificate of Stephen C. Baker as Exhibit "A" and the Certificate of Justin R. Lewis as Exhibit "B" establishing that they are members in good standing of the Bar in every jurisdiction in which they have been admitted to practice; that there are no disciplinary proceedings against them in any jurisdiction; and that they are familiar with the local rules of this Court.

Respectfully submitted,

BISYS Insurances Services, Inc.,

By its attorneys,

/S/
Neil T. Smith (BBO #651157)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: November 2, 2004

3

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

      Pursuant to Local Rule 7.1(A)(2), counsel for BISYS Insurance Services, Inc. attempted to confer with counsel for plaintiff EJD Insurance Agency, Inc., and third-party defendant Stanley A. Stedman in a good faith effort to determine whether the parties would assent to this Motion.  Opposing counsel have assented to this motion.

                                              /S/
                                       Neil T. Smith

LIBA/1429104.1

Case 1:03-cv-12304-MLW   Document 15   Filed 11/02/2004   Page 3 of 3