UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSAMERICA OCCIDENTAL LIFE )<br>INSURANCE COMPANY and BISYS )<br>INSURANCE SERVICES, INC., )<br>)<br>Defendants )<br>BISYS INSURANCE SERVICES, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY A. STEDMAN )<br>)<br>Third-Party Defendant. )<br>) | CIVIL ACTION NO. 03-12304MLW |

### CERTIFICATE OF STEPHEN C. BAKER PURSUANT TO LOCAL RULE 83.5.3(b)

STEPHEN C. BAKER declares and states as follows:

1. I am a partner with the law firm Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania 19103.

2. I am a member in good standing of the Bar in the Commonwealth of Pennsylvania. I am also admitted to the United States District Court for both the Eastern District and Middle District of Pennsylvania and the 3rd Circuit Court of Appeals. There are no disciplinary proceedings instituted against me in any of these states or jurisdictions or in any other state or jurisdiction.

3. I am counsel for BISYS Insurance Services, Inc. ("BISYS"), in the above-captioned matter. The nature of this action involves factual and legal issues with which I am familiar.

4. I am associated with Neil T. Smith, a member in good standing of the Bar in the Commonwealth of Massachusetts and of this Court. Mr. Smith is an associate at Goodwin Procter LLP.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on November 1, 2004.

_____
Stephen C. Baker