UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-12304MLW |
| ) | |
| TRANSAMERICA OCCIDENTAL LIFE ) | |
| INSURANCE COMPANY and BISYS ) | |
| INSURANCE SERVICES, INC., ) | |
| ) | |
| Defendants ) | |
| BISYS INSURANCE SERVICES, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY A. STEDMAN ) | |
| ) | |
| Third-Party Defendant. ) | |

## THIRD-PARTY PLAINTIFF BISYS INSURANCE SERVICES, INC.'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that the Third-Party Plaintiff BISYS Insurance Services, Inc. ("BISYS") has conferred with its counsel: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*[signature]*
Patrick C. Reeder, Esquire
Corporate Counsel – Compliance
BISYS Insurance Services, Inc.
4250 Crums Mill Road
Harrisburg, PA 17112

*[signature]*
Neil T. Smith
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109