UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>TRANSAMERICA OCCIDENTAL )<br>LIFE INSURANCE COMPANY and )<br>BISYS INSURANCE SERVICES, INC., )<br>)<br>Defendants )<br>_____)<br>)<br>BISYS INSURANCE SERVICES, INC. )<br>)<br>Third-Party Plaintiff )<br>v. )<br>)<br>STANLEY A. STEDMAN, )<br>)<br>Third-Party Defendant )<br>_____) | CIVIL ACTION NO. 03-12304MLW |

## DEFENDANT TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that the Defendant, Transamerica Occidental Life Insurance Company ("Transamerica") has conferred with its counsel, Glovsky & Glovsky: (a) with a view to establishing a budget for the costs of conducting the full course – and various

1

alternative courses – of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant Transamerica Occidental Life
Insurance Company,

By: /s/ George W. Finley
George W. Finley
Assistant General Counsel

/s/ Kevin M. Dalton
Counsel for Transamerica Occidental Life
Insurance Company
Kevin M. Dalton, BBO# 112710
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA 01915
(978) 922-5000

Dated: November 3, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on November 3, 2004.

/s/ Kevin M. Dalton
Kevin M. Dalton