UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12304

| EJD INSURANCE AGENCY, INC. | TRANSAMERICA OCCIDENTAL LIFE et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| David Krumsiek | Kevin Dalton |
| | Justin Lewis, Neil Smith |
| | Mark Dickison |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK   O'Leary                REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 11/5/04 | Court listens to oral argument to dismiss the third party complaint (docket no. 7).  Third-party defendant makes an oral request for attorney's fees and costs should the court rule in its favor.  Court does allow the third-party complaint's motion to dismiss (docket no.7).  Court takes a brief recess and will meet with counsel in chambers in order to establish a schedule for the remainder of the case.  Scheduling order to issue. Court instructs counsel for third party defendant to file a motion and supporting memo for attorney's fees by 11/12/04.  Bisys will then have two weeks to respond if the written motion is filed. |