```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


EJD INSURANCE AGENCY, INC.,       )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No. 03-12304-MLW
                                  )
TRANSAMERICA OCCIDENTAL LIFE      )
INSURANCE COMPANY ET. AL.,        )
     Defendants.                  )
```

                                ORDER

WOLF, D.J.                                          November 8, 2004

    For the reasons stated in detail at the hearing on November 5, 2004, it is hereby ORDERED that:

    1. Third-party defendant Stanley Stedman's motion to dismiss third-party plaintiff BISYS Insurance Services, Inc.'s third-party complaint (Docket No. 6) is ALLOWED.

    2. The parties shall, by December 3, 2004, file a report concerning the status of their settlement negotiations, including whether they have agreed to binding arbitration. If the parties have settled the case or agreed to binding arbitration, this case will be dismissed.

    3. If necessary, the parties shall comply with the attached scheduling order.

                                            /s/ MARK L. WOLF
                                      UNITED STATES DISTRICT JUDGE