FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

2004 NOV -4  P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

EJD INSURANCE AGENCY, INC., )
    Plaintiff )
)
v. ) C.A. No. 03-12304 MLW
)
TRANSAMERICA OCCIDENTAL LIFE )
INSURANCE COMPANY and BISYS )
INSURANCE SERVICES, INC., )
    Defendants )

## PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATION

Plaintiff EJD Insurance Agency, Inc. ("Plaintiff") and its undersigned counsel hereby certify as follows:

(a)   Plaintiff and its counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

(b)   Plaintiff and its counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF

_____
Edward J. Duffy, Jr
President
EJD Insurance Agency, Inc.

By Her Attorney,

_____
David W. Krumsiek (BBO#564564)
Perry, Krumsiek & Wayland LLP
114 State Street
Boston, MA 02109
(617) 742-9012
fax (617) 742-9013

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: November 2, 2004

_____
David W. Krumsiek