UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., <br> Plaintiff <br><br> v. <br><br> TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY and BISYS INSURANCE SERVICES, INC., <br> Defendants <br><br> BISYS INSURANCE SERVICES, INC., <br> Third-Party Plaintiff <br><br> v. <br><br> STANLEY A. STEDMAN, <br> Third-Party Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 03-12304 MLW |

**JOINT STATEMENT OF COUNSEL PURSUANT**
**TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff EJD Insurance Agency, Inc., Defendant Transamerica Occidental Life Insurance Company, Defendant and Third-Party Plaintiff BISYS Insurance Services, Inc., and Third-Party Defendant Stanley A. Stedman hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to Notice, an initial scheduling conference is currently scheduled to take place on November 5, 2004.

A.   **Proposed Agenda for Scheduling Conference**

The parties propose that the agenda for the initial scheduling conference include a discussion of the following:

Proposed discovery plan;
Proposed schedule for filing of motions; and
Proposed pre-trial conference date.

B.   **Proposed Pretrial Schedule**

The parties request that the following Proposed Pretrial Schedule control discovery in this matter:

| Event | Date |
|---|---|
| Motions to Dismiss/Stay/Compel Arbitration | December 15, 2004 |
| Rule 26 Disclosures | January 15, 2005 |
| Close of fact discovery | April 1, 2005 |
| Plaintiff's expert reports, if any | June 1, 2005 |
| Defendants' expert reports, if any | June 1, 2005 |
| Expert discovery deadline | August 1, 2005 |
| Summary judgment deadline | September 1, 2005 |
| Final pre-trial conference | October 1, 2005 |

C.   **Certifications**

The certifications required by Local Rule 16.1(D)(3) will be filed separately by each party prior to the November 5, 2004 Scheduling Conference.

D.   **Magistrate Judge**

The parties, at this time, do not consent to a trial before a U.S. Magistrate Judge.

2

Respectfully submitted,

EJD INSURANCE AGENCY, INC.,

By its attorneys,

*(signature)*
David W. Krumsiek (BBO # 564564)
PERRY, KRUMSIEK & WAYLAND LLP
114 State Street
Boston, MA 02109
(617) 742-9012

BISYS INSURANCE SERVICES, INC.
By its attorneys,

*(signature)*
Neil T. Smith (BBO # 651157)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: November 5, 2004

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY,
By its attorneys,

*(signature)*
Kevin M. Dalton (BBO #112710)
GLOVSKY & GLOVSKY
8 Washington Street
Beverly, MA 01915
(978) 922-5000

STANLEY A. STEDMAN
By his attorneys,

*(signature)*
J. Mark Dickison (BBO # 629170)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

3