UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC., <br> Plaintiff <br><br> v. <br><br> TRANSAMERICA OCCIDENTAL LIFE <br> INSURANCE COMPANY and BISYS <br> INSURANCE SERVICES, INC., <br> Defendants <br><br> BISYS INSURANCE SERVICES, INC., <br> Third-Party Plaintiff <br><br> v. <br><br> STANLEY A. STEDMAN, <br> Third-Party Defendant | C.A. No. 03-12304 MLW |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as co-counsel for the Plaintiff EJD Insurance Agency, Inc.

Timothy J. Perry (BBO # 631397)
Perry, Krumsiek & Wayland, LLP
114 State Street
Boston, MA 02109
(617) 742-9012

Date: November 4, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: November 4, 2004

_____
Timothy J. Perry