UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC.,<br>    Plaintiff<br><br>v.<br><br>TRANSAMERICA OCCIDENTAL LIFE<br>INSURANCE COMPANY and BISYS<br>INSURANCE SERVICES, INC.,<br>    Defendants | C.A. No. 03-12304 MLW |

## STATUS REPORT

NOW come the parties and, in accordance with the Court's order dated November 8, 2004, report that the parties have been unable to settle the Plaintiff's claims and have not agreed to binding arbitration. The Defendant Transamerica Occidental Life Insurance Company intends to move to stay the Plaintiff's claims against it based on an allegedly binding contractual provision.

Respectfully submitted,

| | |
|---|---|
| EJD INSURANCE AGENCY,<br><br>By its attorneys,<br><br>*/s/ David W. Krumsiek*<br>David W. Krumsiek (BBO # 564564)<br>PERRY, KRUMSIEK & WAYLAND LLP<br>114 State Street<br>Boston, MA 02109<br>(617) 742-9012 | TRANSAMERICA OCCIDENTAL LIFE<br>INSURANCE COMPANY,<br>By its attorneys,<br><br>*/s/ Kevin M. Dalton*<br>Kevin M. Dalton (BBO #112710)<br>GLOVSKY & GLOVSKY<br>8 Washington Street<br>Beverly, MA 01915<br>(978) 922-5000 |

BISYS INSURANCE SERVICES, INC.
By its attorneys,

*/s/ Stephen C. Baker*
Stephen C. Baker (Admitted *Pro Hac Vice*)
Justin R. Lewis (Admitted *Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
215-988-2700

By it attorneys of counsel,

*/s/ R. David Hosp*
R. David Hosp (BBO #634091)
Neil T. Smith (BBO # 651157)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: December 2, 2004

2