UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY -4  A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| EJD INSURANCE AGENCY, INC., <br> Plaintiff <br><br> v. <br><br> TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY and BISYS INSURANCE SERVICES, INC., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 03-12304 MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please note that the Plaintiff's counsel has changed offices to the address and telephone numbers listed below:

David W. Krumsiek
Preti Flaherty Beliveau Pachios & Haley, LLP
10 High Street, 5th Floor
Boston, MA 02110
Tel (617) 226-3800
Fax (617) 226-3801

The Plaintiff,
by its Attorney,

David W. Krumsiek .
(BBO # 564 564)
Preti Flaherty Beliveau Pachios & Haley, LLP
10 High Street, 5th Floor
Boston, MA 02110
Tel (617) 226-3800

Dated: May 3, 2005

CERTIFICATE OF SERVICE