UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EJD INSURANCE AGENCY, INC.,<br>Plaintiff<br><br>v.<br><br>TRANSAMERICA OCCIDENTAL LIFE<br>INSURANCE COMPANY and BISYS<br>INSURANCE SERVICES, INC.,<br>Defendants | C.A. No. 03-12304 MLW |

## STIPULATION OF DISMISSAL

Pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-entitled action hereby stipulate that said action be dismissed as to all counts, claims, and counterclaims with prejudice and without cost, waiving all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

Respectfully submitted,

| EJD INSURANCE AGENCY, INC. | TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ David W. Krumsiek | /s/ Kevin M. Dalton |
| David W. Krumsiek (BBO # 564564)<br>PRETI FLAHERTY<br>10 High Street, 5th Floor<br>Boston, MA 02110<br>(617) 226-3800 | Kevin M. Dalton (BBO #112710)<br>GLOVSKY & GLOVSKY<br>8 Washington Street<br>Beverly, MA 01915<br>(978) 922-5000 |

BISYS INSURANCE SERVICES, INC.
By its attorneys,

/s/ Stephen C. Baker

Stephen C. Baker (Admitted *Pro Hac Vice*)
Justin R. Lewis (Admitted *Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
215-988-2700

By it attorneys of counsel,

/s/ Neil T. Smith

R. David Hosp (BBO #634091)
Neil T. Smith (BBO # 651157)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: August 23, 2005

2

## CERTIFICATE OF SERVICE

I certify that I have this day served copies of the within document upon counsel of record by first class U.S. Mail, postage prepaid.

_____       8/23/05
David W. Krumsiek                          Date